UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF INTERIOR,<br><br>Defendant. | Civil Action No. 25-1912 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 3, 2025, Minute Order, the Parties conferred and respectfully submit the following status report on this Freedom of Information Act ("FOIA") case:

1. Plaintiff submitted a FOIA request to Defendant on April 30, 2025, seeking "the records mentioning, including, discussing, and/or documenting the development of the proposal to rescind the regulatory definition of 'harm' in the [ESA] regulations." ECF No. 1 at 7.

2. Defendant responded to Plaintiff's FOIA request with what it intended to be a final production on August 5, 2025. The production consisted of 1 file and a total of 130 pages. To compile the production, the Office of the Secretary searched the records of Assistant Secretary for Fish and Wildlife and Parks Maureen Foster, for records between January 20, 2025, and May 13, 2025, using the search term: "harm."

3. After Plaintiff inquired about other potential custodians who might have responsive records based on Defendants' August 5, 2025 production, Defendant agreed to conduct a supplemental search with two additional custodians. Defendant has completed its search, which has now resulted in approximately 1,700 pages of potentially responsive records.

4. Defendant anticipates an initial production on or before February 27, 2026. Plaintiff requests that this Court require[1] Defendant to begin its initial production on February 27, 2026 given that Plaintiff's request has been pending since April 30, 2025; that Defendant agreed to conduct a supplemental search on August 5, 2025—nearly six months ago; and this Court's Minute Order requiring Defendant to "produce any outstanding records on a rolling basis," December 3, 2025 Minute Order.

5. The Court's existing order requires the parties to file joint status reports every sixty days. *Id.* According to that schedule, the next Joint Status Report will be due on or before April 3, 2026, and every sixty days thereafter, until the production of documents is complete, at which point the parties will file a Joint Status Report with a proposal for further proceedings. Defendant intends to comply with the Court's order. Plaintiff requests that, given Defendant's ongoing delay in promptly releasing responsive records, that this Court amend its December 3, 2025, Minute Order to require joint status reports to be filed every thirty days following Defendant's initial production on February 27, 2026.

Dated: February 2, 2026

*/s/ Ryan Adair Shannon*
RYAN ADAIR SHANNON
D.D.C. Bar #OR0007
Center for Biological Diversity
PO Box 11374
Portland, OR 97211
(971) 717-6407

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485

---

[1] Defendant was notified of Plaintiff's intention to request a Court order for production on the same date Defendant anticipates a production after 5pm eastern time on the date this joint status report is due. Given the approaching close of business and the fact that joint status reports are typically not a place for legal arguments, Defendant respectfully requests the opportunity to respond to Plaintiff's request if the Court is inclined to entertain it.

3

*Counsel for the United States of America*